IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS, INC. and TEXTRON SPECIALIZED VEHICLES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JINHUA SUNCART VEHICLE CO., LTD.; COUGAR INTERNATIONAL, INC.; TPSP, LLC; VITACCI MOTORCYCLES, INC.; and DOES 1-10, <br><br> Defendants. | CV 123-127 |

## O R D E R

Before the Court is Plaintiffs' notice of dismissal with prejudice. (Doc. 8.) This motion was filed prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA